## EL PUEBLO *v.* COLÓN.

### APELACIÓN procedente de la Corte de Distrito de Ponce.

No. 83.   Resuelto en noviembre 24, 1905.

APELACIÓN.—PLIEGO DE EXCEPCIONES.—RELACIÓN DE HECHOS.—ERRORES MANIFIESTOS.—No habiendo pliego de excepciones, ni relación de hechos, y no apareciendo de los autos que se hubiera cometido algún error que justifique la revocación de la sentencia apelada, ésta debe ser confirmada.

Los hechos están expresados en la opinión.

Abogado del apelado: *Sr. Rossy, Fiscal.*

La parte apelante no compareció.

EL JUEZ ASOCIADO SR. MACLEARY, emitió la opinión del tribunal.

El demandado en la presente causa, que es el apelante en esta corte, fué declarado culpable de libelo infamatorio, por la Corte Municipal de Juana Diaz, y condenado por dicha corte á dos meses de prisión y al pago de una multa de doscientos dollars. Contra esta sentencia interpuso recurso de apelación para ante la Corte de Distrito de Ponce, donde se celebró otro juicio y la pena fué reducida á cien dollars de multa, y en caso de no satisfacerla, un día de prisión por cada dollar de la multa.

Contra dicha sentencia interpuso recurso de apelación para ante ésta corte, pero no se encuentran en los autos ni exposición de hechos ni pliego de excepciones; no compareció mediante abogado, y no se presentó en esta corte ningún alegato á su favor, así es que en esta causa no hay nada para la consideración de la corte, sino los errores fundamentales que pudieran encontrarse. De los autos no aparecen tales errores; por cuya razón debe confirmarse la sentencia de la corte inferior.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Quiñones y Asociados, Hernández, Figueras y Wolf.